# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2102-GW(JEMx) | Date | June 3, 2011 |
|---|---|---|---|
| Title | *L.A. Printex Industries, Inc. v. CSI Industries, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** COURT RULING:

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO ESTABLISH COPYRIGHT INFRINGEMENT (filed 03/28/11)

DEFENDANTS FASHION CLICK, INC. AND NORDSTROM, INC.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT (filed 03/28/11)

DEFENDANTS UNO CLOTHING, INC., MAX RAVE, LLC, AND THE TJX COMPANIES, INC.'S MOTION FOR SUMMARY JUDGMENT (filed 03/28/11)

DEFENDANTS CHARMING SHOPPES, INC. AND FASHION BUG RETAIL COMPANIES, INC.'S MOTION FOR SUMMARY JUDGMENT (filed 03/28/11)

DEFENDANT THE WET SEAL, INC.'S MOTION FOR SUMMARY JUDGMENT (filed 03/28/11)

The Court's tentative circulated on May 12, 2011 is adopted as the Court's final ruling. Plaintiff's Motion for Partial Summary Judgment to Establish Copyright Infringement is **denied.** Defendants Fashion Click, Inc. and Nordstrom, Inc.'s Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment is **granted in part** in its favor as to the N0042 and H80246 designs, but **denied** as to the D40407 design. Defendants Uno Clothing, Inc., Max Rave, LLC, and the TJX Companies, Inc.'s Motion for Summary Judgment and Defendant the Wet Seal, Inc.'s Motion for Summary Judgment, are **granted.** Defendants Charming Shoppes, Inc. and Fashion Bug Retail Companies, Inc.'S Motion for Summary Judgment is **denied.**

|  | : |
|---|---|
| Initials of Preparer | JG |