| | |
|---|---|
| 1 | Scott P. Shaw, Bar No. 223592 |
| 2 | sshaw@calljensen.com |
|   | Aaron L. Renfro, Bar No. 255086 |
| 3 | arenfro@calljensen.com |
|   | CALL & JENSEN |
| 4 | A Professional Corporation |
|   | 610 Newport Center Drive, Suite 700 |
| 5 | Newport Beach, CA  92660 |
|   | Tel:   (949) 717-3000 |
| 6 | Fax:  (949) 717-3100 |
| 7 | |
|   | Attorneys for Defendant The Wet Seal, Inc. |
| 8 | |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | L.A. PRINTEX INDUSTRIES, INC., a California Corporation, | Case No.  CV10-2102 GW (JEMx) |
| 13 | | **JUDGMENT** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | CSI INDUSTRIES, INC., a Pennsylvania Corporation; FASHION BUG RETAIL COMPANIES, INC., a Delaware Corporation; CHARMING SHOPPES, INC., a Pennsylvania Corporation; NORDSTROM, INC., a Washington Corporation; FASHION CLICK, INC., a California Corporation; JALOUX, a Business Entity, Form Unknown; 4J's FABRIC INC., a California Corporation; FILENE'S BASEMENT CORP., a Massachusetts Corporation; THE TJX COMPANIES, INC., a Delaware Corporation; WET SEAL, INC., a California Corporation; MAX RAVE, LLC, a California Corporation, G&G SHOPS, INC., a New York Corporation; ROSS STORES, INC., a California Corporation; UNO CLOTHING, INC., a California Corporation; and DOES 1 through 10, | |
| 28 | Defendants. | |

1  This action came on for hearing before the Court, on May 12, 2011, Honorable
2  George H. Wu, District Judge Presiding, on Defendant The Wet Seal, Inc.'s ("Wet
3  Seal") Motion for Summary Judgment, and on August 4, 2011, on Defendant Wet
4  Seal's Motion for Attorneys' Fees. The evidence presented having been fully
5  considered, the issues having been duly heard and a decision having been duly
6  rendered,

7  IT IS ORDERED AND ADJUDGED that Plaintiff L.A. Printex Industries, Inc.
8  take nothing, that the action be dismissed on the merits, and that Defendant Wet Seal
9  recover $123,313.63 in attorneys' fees.

10
11  Dated: August 10, 2011                    _____
                                              GEORGE H. WU, U.S. District Judge
12