Stephen M. Doniger  (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CSI INDUSTRIES, INC.; et al.,<br><br>Defendants. | Case No.:  CV-10-02102-GW(JEMx)<br><u>Honorable George H. Wu Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

The Court has reviewed the Stipulation submitted concurrently herewith, and based on the contents of said Stipulation finds good cause to approve the agreements contained therein.  Accordingly the Court orders:

1. Plaintiff's claims in this action are hereby dismissed with prejudice as to The TJX Companies, Inc.;

2. Plaintiff's claims in this action are hereby dismissed with prejudice as to Max Rave, LLC;

3. Plaintiff's claims in this action are hereby dismissed with prejudice as to Uno Clothing, Inc.; and

4. Each party is to bear its own costs and fees incurred against one another.

<u>SO ORDERED.</u>

Dated: August 11, 2011  _____
Hon. George H. Wu
U.S. District Court Judge